■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL W. GALLOWAY, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Suffolk County (McInerney, J.), rendered April 6, 1988.

Ordered that the sentence is affirmed.

Contrary to the defendant's contentions, the sentence imposed, which was the minimum permissible sentence prescribed by law, was neither harsh nor excessive under the circumstances presented *(see, People v Suitte,* 90 AD2d 80). Mangano, P. J., Bracken, Kooper and Rosenblatt, JJ., concur.